IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RODERICK CLARK,

      Petitioner,

v.

SANTA ROSA CORRECTIONAL
INSTITUTION LIBRARY,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-1098

Opinion filed May 17, 2017.

Petition for Writ of Mandamus -- Original Jurisdiction.

Roderick Clark, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      The petition for writ of mandamus is denied on the merits.

WOLF, RAY, and BILBREY, JJ., CONCUR.